UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE
2004 MAY 25  P 3: 34

U.S. DISTRICT COURT
DISTRICT OF MASS.

Hampton Properties, LLC,
    Plaintiff/Judgment Creditor

Docket No. 04-40087-NMG

vs

Ara Eresian, Jr.,
    Defendant/Judgment Debtor

### PLAINTIFF'S NOTICE OF PROCEEDINGS PRIOR TO REMOVAL AND REQUEST FOR HEARING ON PENDING MATTERS

Plaintiff and Judgment Creditor Hampton Properties, LLC ("Hampton Properties") pursuant to 28 U.S.C. Section 1447(b), hereby provides the Court with copies of documents on file in this removed proceeding. Additionally, Hampton Properties requests this Court schedule a hearing as soon as possible for the matter pending at the time of removal—a request for an arrest warrant of Defendant and Judgment Debtor Ara Eresian, Jr. ("Eresian"). Submitted herewith are copies of the following pleadings:

    1.    *Application for Supplementary Process*, filed by Hampton Properties under cover letter dated June 27, 2003;
    2.    *Motion of Judgment Creditor Hampton Properties, LLC To Set Hearing Date For Examination Of Debtor Ara Eresian, Jr., And Request For Issuance Of Summons To Mr. Eresian*, with notice of hearing, filed under cover letter dated August 28, 2003;
    3.    *Opposition Of Ara Eresian, Jr., To Set Hearing Date For Examination Of Debtor Ara Eresian, Jr. And To Issue Summons To Mr. Eresian* filed September 9, 2003;
    4.    Endorsement Order dated September 9, 2003 (allowing #2);
    5.    *Summons to Judgment Debtors For Examination*, with return of service;
    6.    *Judgment Creditor's Trial Exhibits* filed January 6, 2004;
    7.    *Finding* dated January 7, 2004; and



8. *Motion of Judgment Creditor Hampton Properties For Issuance of Capias,* with notice of hearing and certificate of service filed under cover letter dated April 28, 2004.[1]

Although Hampton Properties questions the propriety of the removal to this Court of the Supplementary Process (i.e. judgment collection) proceeding pending with the Westborough Division of the District Court Department of the Trial Courts of Massachusetts, Hampton Properties is prepared to proceed in this forum.[2] The matter pending at the time of the eleventh-hour notice of removal was the request by Hampton Properties for the issuance of a "capias" arrest warrant to compel Eresian to appear for examination into this finances and to answer for his contempt in disobeying a summons which had required that he appear and submit to examination on January 6, 2004. With the removal of this proceeding to this Court, the only modification of the matter currently pending would be that the state court "capias" arrest warrant would be replaced with a similar directive issued to the United States Marshals Service to arrest Eresian and hold him until an examination of his finances could be held. As Eresian has voluntarily submitted himself to this Court's jurisdiction by removing the underlying proceeding, he has effectively acknowledged this Court's authority to issue an arrest warrant followed by a payment order.

To minimize the delay and cost to Hampton Properties which was the sole purpose behind Eresian's Notice of Removal, the Plaintiff requests that this Court

---

[1] Hampton Properties is aware of two other procedural matters which are likely of record in the underlying state court action, but the undersigned has been unable to locate them in his file. First, in the fall of 2003 Eresian evaded service of the original summons and Hampton Properties was required to request the issuance of a new summons. (The new summons issued with a return date of January 6, 2004 and Hampton Properties was able to obtain in hand service). Additionally, Hampton first filed its request for issuance of capias under cover letter dated April 22, 2004 with a hearing date set of May 11, 2004. The Westborough District Court notified the undersigned that the May 11th date was unavailable and the undersigned re-filed the pleading and included a notice of hearing for May 25th.

2

schedule a hearing at its earliest convenience to consider the pending application of the Plaintiff for issuance of an arrest warrant.

PLAINTIFF/ JUDGMENT CREDITOR
HAMPTON PROPERTIES, LLC
By its attorneys:

Mark S. Foss, BBO #561369
MacCarthy, Pojani & Hurley, LLP
446 Main Street
Worcester, MA 01608
(508) 798-2480

Dated: 5/25/04

---

[2] Notwithstanding the Plaintiff's willingness to proceed in this forum, it is acknowledged that the Court may *sua sponte* remand this matter if the Court concludes that removal was improper.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2004 MAY 25 P 3: 35

HAMPTON PROPERTIES, LLC
    Plaintiff/Judgment Creditor

DOCKET NO. 04-40087-NMG

vs.

ARA ERESIAN, JR.
    Defendant/Judgment Debtor

## CERTIFICATE OF SERVICE

I, Mark S. Foss, hereby certify that I served a copy of the within Plaintiff's Notice of Proceedings Prior to Removal and Request for Hearing on Pending Matters by first-class mail, postage prepaid this 25th day of May, 2004 to the following party:

Ara Eresian, Jr.
P.O. Box 499
Shrewsbury, MA 01545

Ara Eresian, Jr.
25 Westwood Road
Shrewsbury, MA 01545

                                                Mark S. Foss