COMMONWEALTH OF MASSACHUSETTS
Massachusetts Trial Court
District Court Department
Westboro Division

Worcester, ss

APPLICATION FOR SUPPLEMENTARY PROCESS
Under General Laws, Ch. 224, Sec. 14

Hampton Properties, LLC,
    Creditor

vs

Ara Eresian, Jr.,
    Debtor

Address of Debtor:    25 Westwood Drive, Shrewsbury, Massachusetts

Now comes Hampton Properties, LLC the judgment creditor and makes application for supplementary process, under the General Laws, Chapter 224, Section 14.

By_____
    Mark S. Foss, Esquire
    BBO #561369
    MacCarthy, Pojani & Hurley, LLP
    446 Main Street
    Worcester, MA 01608
    (508) 798-2480

## APPLICATION FOR SUPPLEMENTARY PROCESS

                      Hampton Properties, LLC
                                Creditor

                      Ara Eresian, Jr.
                                Debtor

Filed:

Issued:

Returnable:

Mark S. Foss, Attorney for Creditor
MacCarthy, Pojani & Hurley, LLP
446 Main Street, 21st Floor
Worcester, MA 01608
(508) 798-2480

F:\data8\HAIMS\supplem proc frm.doc

TRIAL COURT OF THE COMMONWEALTH
SUPERIOR COURT DEPARTMENT
WORCESTER DIVISION

Civil Action #89-1942

Fred A. Koza, Plaintiff )
)
) AGREEMENT FOR JUDGMENT
Ara Eresian, Jr., individually )
and as TRUSTEE of THE ERESIAN )
FAMILY TRUST NUMBER TWO, FOUR )
COURTLAND REALTY TRUST, NUMBER )
TEN BOURNE REALTY TRUST, NUMBER )   FILED
TWENTY GUILD REALTY TRUST, )
NUMBER TEN RIPLEY STREET TRUST, )   JUL 24 1990
NUMBER TEN KING REALTY TRUST, )
AND NUMBER FOURTEEN DUXBURY )   ATTEST:
REALTY TRUST, and KING REALTY )
TRUST, )        _____
       Defendants )                CLERK

In this matter, the parties agree as follows:

A) To Count I:

1) That Plaintiff Fred A. Koza recover against Defendant Ara Eresian, Jr., individually and as Trustee of King Realty Trust, the sum of $500,000 without interest or costs.

2) This Agreement shall bind the parties, their heirs, successors and assigns.

Witness the hands and seals of the parties, July 19, 1990,

_____
Angelo P. Catanzaro

_____
Arthur P. Bergeron

3788b

7-24-90
........, Filed In Court ........

Attest ..................................
                Assistant Clerk

A true copy by photostatic process
Attest: _____
Asst. Clerk

## ASSIGNMENT OF JUDGMENT

I, Fred A. Koza of ____592R Main St. Worc.____, holder of a judgment entered on or about July 14, 1990 by the Worcester Superior Court against Ara Eresian, Jr., in an action styled *Fred A. Koza v. Ara Eresian, Jr., et al*, Civil Action Number 89-1942, in the original amount of $500,000.00 for good and valuable consideration do hereby assign said judgment and all claims related thereto to Hampton Properties, LLC, a Massachusetts Limited Liability Company with a usual place of business at 51 Greenwood Avenue, West Newton, Massachusetts 02465.

In witness whereof I have hereunto set my hand and seal, this __14__ day of May, 2002.

_____
Fred A. Koza

### COMMONWEALTH OF MASSACHUSETTS

__Worcester__, ss                                          ~~April~~ May __14__, 2002

Then personally appeared the above named Fred A. Koza, and acknowledged the foregoing instrument to be his free act and deed before me,

_____
Notary Public   Mark Foss
My Commission Expires: 03/05/04

## AFFIDAVIT OF FRED A. KOZA

I, Fred A. Koza make oath and state the following of my own personal knowledge.

1.  I am a Massachusetts resident with an address of ___Ware___. I make the following affidavit of my own personal knowledge and could testify as to the statements made herein if called as a witness in any legal proceeding.

2.  In 1989, I initiated litigation against, inter alia, Ara Eresian, Jr., in Worcester Superior Court, said action bearing the docket number 89-1942.

3.  On or about July 14, 1990 I entered into an Agreement for Judgment in said action with Mr. Eresian. A true copy of said Agreement for Judgment is attached hereto as Exhibit A and incorporated herein by reference.

4.  I am the holder of said judgment and there are no liens or encumbrances affecting my interest in said judgment. The judgment has not been set aside nor was it appealed.

5.  Mr. Eresian has made no payments on account of said judgment. Nor is Mr. Eresian entitled to any offsets or credits against said judgment. Mr. Eresian has never claimed to me that the judgment was invalid or ineffective for any reason.

Signed under the penalties of perjury this ___14___ day of May, 2002.

                                               _____
                                               Fred A. Koza

Witness:

_____

# Commonwealth of Massachusetts
## County of Worcester
## The Superior Court

Civil Docket WOCV2002-01148

RE: Hampton Properties LLC v Eresian Jr

TO: Mark S Foss, Esquire
MacCarthy Pojani & Hurley
446 Main Street
Worcester, MA 01608

## CLERK'S NOTICE

This is to notify you that in the above referenced case the Court's action on **11/26/2002**:

*RE: Plaintiff Hampton Properties LLC's MOTION for Summary Judgment on Counts I and IV, memo in support of motion, second affid of Mark S Foss, affid of Russell Haims, affid of Fred A Koza, cert of service*

is as follows:

Motion (P#10) After hearing and upon consideration of the arguments of the parties this motion is allowed. The defendant agreed to a judgment being entered against him in 1990 with the plaintiff's assignor. The defendant is attempting to avoid payment on said judgment by an attack, collateral at best, on that assignor's Bankruptcy in 1993, by which the assignor was permitted to retain all rights of collection of the judgment. The defendant has not shown nor is it likely that he can show given more discovery, that there is any genuine issue of fact in connection with his liability to this plaintiff or that the plaintiff is not entitled to a judgment as a matter of law. Consequently, this motion is allowed (Fecteau, J) Notices mailed 11/29/02

Dated at Worcester, Massachusetts this 29th day of November, 2002.

Corinne L. Gorman,
Clerk of the Courts

BY:

Denise D. Foley
Assistant Clerk

Telephone: 508-770-1899, Ext. 129 or Ext. 108 (Session Clerk)

Copies mailed 11/29/2002

# Commonwealth of Massachusetts
## County of Worcester
## The Superior Court

Civil Docket WOCV1989-01942

RE: Koza v Eresian Jr Ind et al

TO: Mark S Foss, Esquire
MacCarthy Pojani & Hurley
446 Main Street
Worcester, MA 01608

## CLERK'S NOTICE

This is to notify you that in the above referenced case the Court's action on 07/18/2002:

*RE: Hampton Properties motion to substitute parties (Hampton Properties in favor of plff. Fred A. Koza & affid. of compliance with Rule 9a*

is as follows:

Motion (P#1) No opposition having been filed pursuant to Rule 9a, Motion allowed. (C.Gorman,Clerk) Notices mailed July 22, 2002

Dated at Worcester, Massachusetts this 22nd day of July, 2002.

Corinne L. Gorman,
Clerk of the Courts

BY:

Joanne C. Herring/Gail Dempsey
Assistant Clerk

Telephone: 508-770-1899, Ext. 181 or Ext. 121 (Session Clerk)

Copies mailed 07/22/2002

## MacCARTHY POJANI & HURLEY, LLP
COUNSELORS AT LAW
446 MAIN STREET - 21ST FLOOR
WORCESTER, MASSACHUSETTS 01608

TELEPHONE: (508) 798-2480
FACSIMILE: (508) 797-9561

DENNIS POJANI
JOHN F. HURLEY, JR.
WILLIAM J. RITTER
ANTHONY J. SALVIDIO, II
STEPHAN M. RODOLAKIS
DAWN E. CACCAVARO
MARK S. FOSS

PHILIP J. MacCARTHY
(1947-1999)
JOHN MACUGA, JR.
(1975-1998)

June 27, 2003

Clerk, Westboro District Court
175 Milk Street
Westboro, MA 01581

Re: Hampton Properties, LLC,
    Creditor
    Ara Eresian, Jr.,
    Debtor

Dear Sir or Madam:

Enclosed please find Application for Supplementary Process together with my check in the amount of $35. Kindly process same. I have also enclosed a copy of the application for time stamping together with a self-addressed envelope for your convenience in returning to me a time stamped copy of this filing.

Sincerely,

Mark S. Foss

MSF/
Enclosures
cc: Russ Haims
    Stephan M. Rodolakis, Esq.