**United States District Court**
**District of Massachusetts**

_____
                                                    )
HAMPTON PROPERTIES, LLC,           )
                                                    )
          Plaintiff,                             )
                                                    )          **Civil Action No.**
          v.                                     )          **04-40087-FDS**
                                                    )
ARA ERESIAN, JR.,                        )
                                                    )
          Defendant.                         )
_____)

**ORDER FOR REMAND**

**SAYLOR, J.**

On June 27, 2003, plaintiff Hampton Properties, LLC filed an application for

supplementary process against defendant Ara Eresian, Jr. in the District Court Department of the

Trial Court, Westborough Division.  On May 24, 2004, Eresian removed the case to this court.

In his notice of removal to this Court, Eresian claims that removal is proper under 28 U.S.C. §

1441(c) because he "*expects* to bring a separate and independent claim or cause of action which .

. . would be removable if sued upon alone . . . ." (emphasis added).

Because Eresian has not yet brought such a claim, this Court lacks subject matter

jurisdiction over the case.  Moreover, and in any event, a counterclaim cannot form the basis of

this Court's federal question jurisdiction.  *See Holmes Group, Inc. v. Vornado Air Circulation

Sys., Inc.*, 535 U.S. 826, 831 (2003).  Accordingly, this matter is remanded to the Worcester

Superior Court and plaintiff's request for a hearing on pending matters is DENIED as moot.

**So Ordered.**

/s/ F. Dennis Saylor
F. Dennis Saylor
United States District Judge

Dated: July 2, 2004